# In the United States Court of Federal Claims

MELANIE R. SMITH,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-592C

Filed August 25, 2006

ORDER

On August 17, 2006, plaintiff filed a Notice of Related Cases representing that this case is related to *Bland, et al., v. United States*, Fed. Cl. No. 04-557C, *Busigo, et al., v. United States*, Fed. Cl. No. 05-422C, *Case v. United States*, Fed. Cl. No. 05-687C, *Dupuis v. United States*, Fed. Cl. No. 06-82C, *Fleury v. United States*, Fed. Cl. No. 06-156, and *Nokell v. United States*, Fed. Cl. No. 06-335C, all of which have been stayed and referred to Alternative Dispute Resolution ("ADR") pursuant to the Court's Orders of July 18, 2006. On July 19, 2006, all of those cases were assigned to Judge Hewitt for ADR. On August 17, 2006, this case was also assigned to Judge Hewitt for ADR. Accordingly, The Court ORDERS that proceedings in this case be STAYED until 14 days after the conclusion of the ADR proceedings. The Court FURTHER ORDERS that the parties shall file by September 18, 2006, and every 30 days thereafter, a joint status report apprising the Court of the status of the ADR proceedings.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge