**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MELANIE R. SMITH, Plaintiff, | ) | |
| v. | ) | No. 06-592C (Judge George W. Miller) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard P. Schroeder as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard P. Schroeder
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention Classification Unit
8th Floor, "L" Street Bldg.

Dated: September 18, 2006

s/Richard P. Schroeder
Richard P. Schroeder
Attorney
Commercial Litigation Branch
Civil Division
(202) 353-7961
Fax# (202) 353-7988

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 18TH day of September 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder