**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MELANIE R. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-592C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this joint status report, upon behalf of the parties, apprising the Court of the status of the ADR proceedings in the above-referenced matter.

Judge Hewitt, the settlement judge, has scheduled a conference for November 8, 2006. Counsel for the parties anticipate that additional proceedings will be scheduled at that time and that the ADR process will be completed late this year or early next year. The parties currently are in the process of reviewing and analyzing information for use in the ADR proceedings.

Plaintiffs' counsel has read this status report, agrees with its contents, and consents to it being filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

***s/ Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/ Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Facsimile: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

September 18, 2006

## CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this day of September 19, 2006, **"JOINT STATUS REPORT,"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder